

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| DANIEL RAWLS, | § | No. 08-21-00197-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| LA FOGATA MEXICAN GRILL, LOURDES GALINDO AND JOE DOE, | § | of Andrews County, Texas |
| | § | (TC# DC22,263) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellees' fifth motion for extension of time within which to file the brief until **August 5, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mario Ortiz, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before August 5, 2022.

IT IS SO ORDERED this 27th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.